IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INN FOODS, INC.,<br><br>                  Plaintiff,<br><br>         v.<br><br>WHITE OAK FROZEN FOODS, LLC;<br>DANFORTH R. WILKINSON;<br>HAROLD L. ARCHIBALD; PATRICK<br>CERUTTI; and CERUTTI BROS., INC.,<br><br>                  Defendants. | 1:12-CV-00602 AWI DLB<br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION TO<br>VACATE TEMPORARY<br>RESTRAINING ORDER AND<br>TO WITHDRAW MOTION<br>FOR PRELIMINARY<br>INJUNCTION<br><br>(Doc. No. 20) |

Having considered Plaintiff's Motion and good cause appearing, IT IS HEREBY ORDERED that the Temporary Restraining Order dated April 18, 2012, is VACATED in its entirety, and Inn Foods' Motion for Preliminary Injunction is deemed withdrawn. The previously set hearing date of May 1, 2012, is VACATED and the parties shall not appear at that time.
IT IS SO ORDERED.

Dated:   May 1, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE